196 So. 747.

## Loyd FAIRBANKS v. STATE.

### 8 Div. 55.

Supreme Court of Alabama.

June 6, 1940.

H. T. Foster, of Scottsboro, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Lloyd Fairbanks for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Fairbanks v. State, 196 So. 746.

Writ denied.

THOMAS, BROWN, and KNIGHT, JJ., concur.